ORIGINAL

LODGED

1    Alex M. Weingarten (Bar No. 204410)
2    LAGER WEINGARTEN LLP
     The Water Garden
3    1601 Cloverfield Blvd., Second Floor, South Tower
     Santa Monica, California 90404
4    (310) 471-8773
     (310) 388-0464 (fax)
5
     Attorneys for Plaintiff
6    SLB TOYS USA, INC.

FILED
CLERK, U.S. DISTRICT COURT

APR 1 7 2006

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11   SLB TOYS USA, INC., a New York      Case No. CV 05-6240 SVW (AJWx)
     Corporation,
12                                        **STIPULATION AND [PROPOSED]**
                    Plaintiff,            **ORDER RE DISMISSAL OF**
13                                        **ACTION PURSUANT TO FRCP 41**
              v.                          & ORDER
14
     3001 AD, LLC, a North Carolina                  Priority ____
15   Limited Liability Company, 3001 AD,             Send ____
     Inc., a Florida Corporation, JAMES              Enter ____
16   BARKER, an individual, ROBERT                   Closed ____
     LADRACH, an individual, and DOES                JS-5/JS-6 ____
17   1-10, inclusive,                                JS-2/JS-3 ____
                                                     Scan Only ____
18                  Defendants.

19

20

21

22

23

24                               DOCKETED ON CM
25
                                   APR 1 8 2006
26
27                               BY            005

28
                                        -1-
                    STIPULATION AND [PROPOSED] ORDER RE DISMISSAL

WHEREAS Plaintiff SLB TOYS USA, INC. ("SLB") and Defendants Defendants 3001 AD, LLC, 3001 AD, INC., JAMES BARKER, and ROBERT LADRACH have entered into a confidential Settlement Agreement resolving this action in its entirety, which Agreement calls for dismissal of this action with prejudice;

WHEREFOR IT IS HEREBY STIPULATED between the parties, through their respective counsel of record, that this action is dismissed with prejudice with all parties to bear their own costs and fees.

Respectfully submitted,

Dated:  April 17, 2006              LAGER WEINGARTEN LLP

By:  _____
        Alex M. Weingarten
     Attorneys for Plaintiff SLB TOYS, INC.

Dated:  April 17, 2006              Sedgwick, Detert, Moran & Arnold LLP

By:  _____
        David A. Schnider
     Attorneys for Defendants 3001 AD, LLC, 3001
     AD, INC., JAMES BARKER, and ROBERT
     LADRACH

IT IS SO ORDERED
Dated_ APR 1 7 2006
_____
United States District Judge

-2-
STIPULATION AND [PROPOSED] ORDER RE DISMISSAL

**PROOF OF SERVICE**

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| | ) ss |
| COUNTY OF LOS ANGELES | ) |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Lager Weingarten LLP, The Water Garden, 1601 Cloverfield Blvd., Second Floor, South Tower, Santa Monica, California 90404. On April 17, 2006. I served the within documents:

**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ACTION PURSUANT TO FRCP 41**

☐   I sent such document from facsimile machine (310) 388-0464 April 17, 2006. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (310) 388-0464 which confirms said transmission and receipt. The transmission was reported as complete and without error. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☒   By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, addressed as set forth below.

☐   By personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐   By placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at Los Angeles, California, addressed as set forth below.

☐   By transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

> David A. Schnider, Esq.
> Sedgwick, Detert, Moran & Arnold LLP
> 801 S. Figueroa Street, 18th Floor
> Los Angeles, California 90017-5556

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed April 17, 2006, at Santa Monica, California.

Sonny Randhawa

Fox & Spillane LLP